| | |
|---|---|
| **From:** | Hester, Lori M. |
| **To:** | Timothy Maloney; Matthew M. Bryant; Alyse L. Prawde; David Simpson; Edmund J. O"Meally; Andrew G. Scott; Kambon R. Williams; jmccollum@jmlaw.net; Mark Foley; Kevin Karpinski; Mike Rynd; slucas@cochranfirm.com; info@jnclarklaw.com; alst@acklaw.com; Michelle C. Johnson; cbilawoffices@gmail.com; asharma@jmlaw.net |
| **Cc:** | Clerk, Green (Kim, David J.); Clerk, Green (Mookim, Hope.) |
| **Subject:** | Doe Cases |
| **Date:** | Thursday, August 23, 2018 3:27:49 PM |
| **Attachments:** | image001.png |

### THIS MESSAGE IS SENT ON BEHALF OF THE HONORABLE LEO E. GREEN, JR.

Counsel-

Again I am stuck in armed robbery case. My apologies for not being able to chat with you for the second day.

I also apologize for not rendering a decision on the Motion to Dismiss. Essentially, the very executive summary of our ruling on the Motions to Dismiss is as follows:

ACTIONS AGAINST BOARD OF EDUCATION

1. Violation of Article III, the Failure to Provide Education is GRANTED 2. Intentional Infliction of Emotional Distress is GRANTED 3. Invasion of Privacy-Granted 4. Battery-Granted

ACTIONS AGAINST CITY

1. IIED -Granted
2. Invasion of Privacy-Granted
3. Battery-Granted

All other counts remain and are denied without prejudice. I fully expect a Motion for Summary Judgment.

If we need to address scheduling issues. Lori can and will reschedule another phone conference. By way of explanation I cannot stop this armed robbery trial as it has to be completed. We do not sit with juries on Friday.

Leo


Lori Hester, Administrative Aide
To the Honorable Leo E. Green, Jr.
14735 Main St., Room D2044
Upper Marlboro, MD 20772
lmhester@co.pg.md.us
301-952-3142
Fax: 301-780-6666



"Circuit Court For Prince George's County Welcomes All – A Fair Forum For Justice"

---

This E-mail and any of its attachments may contain Prince George's County Government or Prince George's County 7th Judicial Circuit Court proprietary information or Protected Health Information, which is privileged and confidential. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited by federal law and may expose you to civil and/or criminal penalties. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout.